UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KYLE A. F.,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:23-cv-25

District Judge Michael J. Newman
Magistrate Judge Kimberly A. Jolson

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 12); AND (2) AWARDING PLAINTIFF $2,300.00 IN ATTORNEY'S FEES AND $0 IN COSTS**

---

This Social Security case is before the Court on the parties' joint motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $2,300.00. Doc. No. 12. The parties do not dispute that all requirements are met for a reasonable award of EAJA fees. *Id.* at PageID 531. Therefore, the Court: (1) **GRANTS** the parties' joint motion (Doc. No. 12); and (2) **AWARDS** Plaintiff attorney's fees under EAJA in the amount of $2,300.00 and $0 in costs. Counsel for the parties shall verify whether Plaintiff owes a pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and his counsel. No further matters require review in this case; accordingly, it remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

    July 6, 2023                                         s/ Michael J. Newman
                                                                     Hon. Michael J. Newman
                                                                      United States District Judge